THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA C. HOWELL | : |
| **Plaintiff** | : |
| v. | : 3:12-cv-1171 |
| | : (JUDGE MARIANI) |
| RAYMOURS FURNITURE CO., INC., individually and t/d/b/a RAYMOUR & FLANIGAN | : |
| **Defendant** | : |

## ORDER

**AND NOW, THIS 12TH DAY OF JUNE, 2014,** upon consideration of Defendant's Motion for Summary Judgment (Doc. 21) and all accompanying briefs, **IT IS HEREBY ORDERED THAT** Defendant's Motion is **DENIED**.

_____
Robert D. Mariani
United States District Judge